UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIE ZENG,<br><br>        Plaintiff,<br><br>    v.<br><br>EMILIA BARDINI, et al.,<br><br>        Defendants. | Case No. 24-cv-08981-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Huie Zeng filed this action on December 12, 2024. ECF No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's last day to complete service on Defendants or to file a motion for administrative relief from the service deadline was March 12, 2025. The docket does not indicate that Plaintiff has completed service or that Defendants have waived service of summons.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline may be extended upon a showing of good cause. *Id.* In the present action, the 90-day deadline for completing service has passed, and no showing of good cause has been made to extend the deadline.

Accordingly, Plaintiff shall file a response no later than September 5, 2025 and show cause why this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute. Plaintiff's failure to respond to this Order by the deadline

//

//

1  may result in a report and recommendation by the undersigned that this case be dismiss for failure
2  to prosecute.
3  **IT IS SO ORDERED.**
4  Dated: August 19, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge